## Commonwealth ex rel. Singley, Appellant, *v.* Lynch.

Argued September 12, 1968. *Arnold M. Snyder,* for appellant; *Lester J. Schaffer,* for appellees.

Order affirmed.

## Commonwealth *v.* Armstrong, Appellant.

Argued September 12, 1968. *John Axelrod,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *James J. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, J., absent.